UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTI VUKSANOVICH and MARK VUKSANOVICH,

                Plaintiff,

-v.-

AIRBUS AMERICAS, INC., AIRBUS AMERICAS ENGINEERING, INC., AVSA S.A.R.L, AIRBUS S.A.S., and AIRBUS SE,

                Defendants.

21 Civ. 3454 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On April 20, 2021, the above-captioned matter was transferred to this jurisdiction from the United States District Court for the District of Massachusetts. (Dkt. #29). On June 24, 2021, this Court ordered that Plaintiff file an amended complaint on or before July 11, 2021. (Dkt. #37). As of this time, Plaintiff has not yet filed an amended pleading. It is the Court's understanding that the delay stems from unexpected difficulties related to the engagement of local counsel in this matter and that Plaintiff still intends to file an amended complaint. The Court further understands that efforts to secure local counsel remain ongoing.

    The Court ORDERS that Plaintiff resolve the issues related to securing local counsel by July 30, 2021. If Plaintiff is unable to do so by this date, Plaintiff shall provide the Court with a written explanation of the delay.

SO ORDERED.

Dated: July 21, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge