UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTI VUKSANOVICH and MARK VUKSANOVICH,<br><br>                    Plaintiffs,<br><br>                    -v.-<br><br>AIRBUS AMERICAS, INC., AIRBUS S.A.S., and AIRBUS AMERICAS ENGINEERING, INC.,<br><br>                    Defendants. | 21 Civ. 3454 (KPF) |
| AMYSUE SALVATORE and MICHAEL F. SALVATORE,<br><br>                    Plaintiffs,<br><br>                    -v.-<br><br>AIRBUS AMERICAS, INC., AIRBUS S.A.S., and AIRBUS AMERICAS ENGINEERING, INC.,<br><br>                    Defendants. | 21 Civ. 3487 (KPF) (DCF)<br><br>**ORDER CONSOLIDATING CASES** |

KATHERINE POLK FAILLA, District Judge:

   Two sets of Plaintiffs, Kristi Vuksanovich and Mark Vuksanovich, and AmySue Salvatore and Michael F. Salvatore (collectively, "Plaintiffs"), sue various entities involved in the manufacturing and assembly of Airbus aircraft (collectively, "Defendants"), related to an allegedly defective and dangerous air circulation system that circulates contaminated air throughout Defendants' aircraft.  Plaintiffs have moved to consolidate these two matters.  (21 Civ. 3454, Dkt. #70-71; 21 Civ. 3487, Dkt. #77).  As Defendants do not oppose the motion and the cases possess significant legal and factual overlap, Plaintiffs' motion to consolidate is hereby GRANTED.

To facilitate the simultaneous adjudication of these newly consolidated matters, the Court hereby aligns the briefing schedules for Defendants' anticipated motions to dismiss the complaints in these actions. The parties in the consolidated actions shall adhere to the briefing schedule previously set in *Salvatore*. (21 Civ. 3487, Dkt. #76). Pursuant to that schedule:

- Defendants shall file a single consolidated motion to dismiss on or before **October 25, 2021**;
- Plaintiffs shall file a single consolidated opposition on or before **November 15, 2021**; and
- Defendants shall file a consolidated reply on or before **November 29, 2021**.

Given this anticipated motion to dismiss, the Court will also suspend the dates in the Case Management Plan and Scheduling Order previously entered in *Salvatore*. (21 Civ. 3487, Dkt. #70).

Accordingly, the Clerk of Court is directed to consolidate cases 21 Civ. 3454 and 21 Civ. 3487. The Clerk of Court is further directed to terminate the pending motions at 21 Civ. 3454, Dkt. #70 and 21 Civ. 3487, Dkt. #77.

SO ORDERED.

Dated:   October 14, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge