```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTI VUKSANOVICH and MARK VUKSANOVICH,

      Plaintiffs,

   -v.-

AIRBUS AMERICAS, INC. and AIRBUS S.A.S.,

      Defendants.

21 Civ. 03454 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

  On November 22, 2023, the Court held a pre-motion conference regarding Plaintiffs' production in response to Defendants' First Set of Requests for Production ("Defendants' Requests"). *See* ECF Nos. 123, 132. For the reasons stated at the conference, it is hereby

  **ORDERED** that Plaintiffs search for and collect, from all possible sources, hard copy documents and ESI, as defined in the parties' Stipulation and Order Regarding ESI Protocol, *see* ECF No. 88 at 2-3, that are responsive to Defendants' Requests. Plaintiffs shall produce responsive, non-privileged documents on a rolling basis and serve their first supplemental production by **Wednesday, November 29, 2023**.

  **IT IS FURTHER ORDERED** that, by **Friday, December 1, 2023**, the parties submit a joint letter describing Plaintiffs' first supplemental production and identifying the date(s) of Plaintiffs' anticipated future production(s).

  SO ORDERED.

Dated: November 27, 2023
    New York, New York

                _____
                JENNIFER H. REARDEN
                United States District Judge