# Arnold & Porter

**Christopher M. Odell**
+1 713.576.2401 Direct
Christopher.Odell@arnoldporter.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/22/2024

November 10, 2023

**VIA ECF AND ELECTRONIC MAIL**

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 128.  SO ORDERED.

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: April 22, 2024

Re:   *Kristi Vuksanovich, et ano. v. Airbus Americas, Inc., et al.*, 1:21-cv-03454-JHR

Dear Judge Rearden:

Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, Defendants Airbus Americas, Inc. and Airbus S.A.S. ("Defendants") seek leave to file under seal medical records attached as exhibits to the Declaration of Megan Pieper.

On this date, Defendants filed their motion for summary judgment on the statute of limitations and with it, a supporting declaration with exhibits.  A portion of the exhibits attached to the supporting Declaration of Megan Pieper are Plaintiff Kristi Vuksanovich's medical records; also attached is the oral deposition transcript of Dr. Capraro, which focuses on Ms. Vuksanovich's medical records.  Rule 9.A of this Court's Individual Rules of Practice in Civil Cases provides that medical records may be redacted from the public record.  The parties have conferred and agree that Plaintiff Kristi Vuksanovich's medical records should be filed under seal.  Accordingly, Defendants respectfully request that the Court grant this letter motion and direct the Clerk of Court to file the attached exhibits comprising Ms. Vuksanovich's medical records under seal.

Respectfully submitted by:

/s/ Christopher M. Odell
Christopher M. Odell
christopher.odell@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Ste. 4000
Houston, Texas 77098

# Arnold&Porter

Hon. Jennifer Rearden
November 10, 2023
Page 2

T: (713) 576-2400
F: (713) 576-2499
*Admitted pro hac vice*

Diana Sterk
diana.sterk@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
T: (202) 942-5000
F: (212) 836-6638

David Weiner
david.weiner@arnoldporter.com
Megan Pieper
megan.pieper@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
*Admitted pro hac vice*

*Attorneys for Defendants Airbus Americas, Inc. and Airbus S.A.S.*