UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KRISTI VUKSANOVICH

                     Plaintiff,                   **21-cv-3454-JHR-VF**

    -against-                  **ORDER ON MOTION TO SEAL**

AIRBUS GROUP HQ, INC., et al,

                   Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff's motion to seal (ECF No. 174) certain exhibits attached to ECF No. 127, Megan Pieper's Declaration of Exhibits relative to the Defendants' Motion for Summary Judgment, is **GRANTED**. Plaintiff has made a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006) that sealing is appropriate because the documents pertain to sensitive or protected medical information, as well as other sensitive medical information.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 174. The Clerk of Court is directed to seal the following exhibits attached to ECF No. 127: 1, 2, 3, 4, 7, 12, 14, 15, 17, 18, 20, 21, 22, 25, 27, 28, 29, & 30. The Clerk of Court is also directed to restrict the viewing of the sealed documents to Plaintiffs Kristi and Mark Vusanovich, Consolidated Plaintiffs AmySue and Michael Salvatore, and Defendants Airbus Americas, Inc., Airbus S.A.S., and Airbus Americas Engineering, Inc.

      SO ORDERED.

DATED:    New York, New York
               July 8, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge