UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KRISTI VUKSANOVICH

                    Plaintiff,                                  21-cv-3454 (JHR) (VF)

       -against-                                          **ORDER**

AIRBUS GROUP HQ, INC., et al,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff is directed to file a letter responding to Defendant's request for a conference and motion to strike Plaintiff's expert report by **Thursday, August 15, 2024**. Defendant is to file any reply to Plaintiff's letter by **Tuesday, August 20, 2024**.

      SO ORDERED.

DATED:     New York, New York
                August 8, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge