UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KRISTI VUKSANOVICH,

                                Plaintiff,

      -against-

AIRBUS GROUP HQ INC. et al.,

                                Defendants.
------------------------------------------------------------------X

21-cv-3454 (JHR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff is afforded one final opportunity to respond to Defendants' motion to strike at ECF No. 178. If Plaintiff intends to oppose the motion, Plaintiff should file any opposition by **Tuesday, August 27, 2024**. If no opposition is filed by that day, the Court will deem the motion unopposed, and will rule on Defendants' motion based solely on Defendants' papers.

      SO ORDERED.

DATED:    New York, New York
               August 21, 2024

                                                                            VALERIE FIGUEREDO
                                                                            United States Magistrate Judge