# Arnold & Porter

**Christopher M. Odell**
+1 713.576.2401 Direct
Christopher.Odell@arnoldporter.com

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 215.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated:  October 22, 2024

October 18, 2024



**VIA ECF AND ELECTRONIC MAIL**

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Kristi Vuksanovich, et al. v. Airbus Americas, Inc., et al.*, 1:21-cv-03454-JHR

Dear Judge Rearden:

      Pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases, the parties jointly seek leave to file their reply briefs in support of Defendants' Motion for Summary Judgment and motions pursuant to Rules 702-705 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) under a provisional seal until November 1, 2024.  The parties' motions discuss and cite to an extensive evidentiary record that includes numerous exhibits containing sensitive information, including Plaintiff Kristi Vuksanovich's medical information and the Airbus Defendants' sensitive commercial information.  The parties intend to confer and mutually decide upon which information should be redacted or sealed under the standards set forth in Rule 9 of this Court's Individual Rules.

      Accordingly, Defendants seek permission to file their reply briefs under a provisional seal until November 1, 2024.  On that date, Defendants will file public versions of their replies, with agreed-upon redactions.  Each party will be responsible for their own information, *i.e.*, Plaintiffs will propose sealing and redactions as to their own information, and Defendants will do the same for their information.

      Consistent with this Court's rules, the parties will also file by November 1 a letter motion explaining why the information should be redacted or sealed.

      The parties appreciate the Court's consideration of this matter.

**Arnold & Porter**

Hon. Jennifer Rearden
October 18, 2024
Page 2

    Respectfully submitted by:

/s/ Christopher M. Odell
Christopher M. Odell
christopher.odell@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St., Ste. 4000
Houston, Texas 77098
T: (713) 576-2400
F: (713) 576-2499
*Admitted pro hac vice*

Diana Sterk
diana.sterk@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
T: (202) 942-5000
F: (212) 836-6638

David Weiner
david.weiner@arnoldporter.com
Megan Pieper
megan.pieper@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
*Admitted pro hac vice*

*Attorneys for Defendants Airbus Americas, Inc. and Airbus S.A.S.*

John T. Martin (BBO #676344)
Michaela M. Weaver (BBO #705985)
Sullivan & Sullivan, LLP
83 Walnut Street
Wellesley, Massachusetts 02481

# Arnold & Porter

Hon. Jennifer Rearden
October 18, 2024
Page 3

T: (781) 263-9400
F: (781) 239-1360
jmartin@sullivanllp.com
mweaver@sullivanllp.com
*Admitted pro hac vice*

*Attorneys for Plaintiffs*