**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KRISTI VUKSANOVICH and MARK
VUKSANOVICH,

                        Plaintiffs,

        -against-                                          21 **CIVIL** 3454 (LTS)(VF)

                                                         **<u>JUDGMENT</u>**

AIRBUS AMERICAS, INC. and AIRBUS S.A.S.,

                        Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 30, 2025, Defendants' first motion for summary judgment is granted. The Court grants judgment in favor of Defendants, dismissing all of Plaintiffs' claims as time-barred. In light of this determination, the Court denies Defendants' second motion for summary judgment and Defendants' motions to preclude the testimony of Dr. Susan Michaelis, Dr. Judith Anderson, Dr. Vyvyan Howard, Dr. Dieter Scholz, and Ms. Vuskanovich's medical providers as moot. The Court also denies the motion for oral argument because, upon a careful review of the written record and advocacy, the Court has determined that the motions can properly be resolved on submission; accordingly, the case is closed.

**Dated:** New York, New York

       September 30, 2025

                                                               **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                          **BY:**         *K. Mango*
                                                                 **Deputy Clerk**